

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00872-CR

The **STATE** of Texas,
Appellant

v.

Wilter Olivia **GOMEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 12051CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order granting Wilter Olivia Gomez habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED November 15, 2023.

Liza A. Rodriguez, Justice